BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>1993 CESSNA 550 FIXED WING MULTI-ENGINE AIRCRAFT, SERIAL NO. 550-0725, TAIL NO. N725CC,<br><br>          Defendant. | 1:13-CV-00813-AWI-MJS<br><br>**FINDINGS AND RECOMMENDATIONS THAT THE COURT GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter came before the Honorable Judge Michael J. Seng on plaintiff United States' ex parte motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose plaintiff's motion.  Plaintiff's motion has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(19) and is considered in accordance with Local Rule 540(d).

This Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(g).  Having considered all written materials submitted, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed May 30, 2013.

2. Plaintiff United States of America has moved this Court, pursuant to Local

Findings and Recommendations That The Court Grant Plaintiff's Motion For Default Judgment and Final Judgment of Forfeiture

1

Rule 540, for entry of default judgment of forfeiture against potential claimants Air Fred LLC, Manufacturer's Acceptance Corporation dba Heritage Pacific Leasing, and Kathleen Otto.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Air Fred LLC, Manufacturer's Acceptance Corporation dba Heritage Pacific Leasing, and Kathleen Otto received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Air Fred LLC, Manufacturer's Acceptance Corporation dba Heritage Pacific Leasing, and Kathleen Otto be held in default;

2. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

3. That a judgment by default be entered against any right, title, or interest of potential claimants Air Fred LLC, Manufacturer's Acceptance Corporation dba Heritage Pacific Leasing, and Kathleen Otto, and all other unknown potential claimants, in the defendant aircraft;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant aircraft to the United States of America, to be disposed of according to law; and

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Anthony W. Ishii and filed by the Clerk of the Court.

These findings and recommendations are submitted to District Court Judge Anthony W. Ishii pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304. Within fifteen (15) court days of service of this recommendation, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections

2

Findings and Recommendations That The Court Grant Plaintiff's Motion For Default Judgment and Final Judgment of Forfeiture

within the specific time may waive the right to appeal the district judge's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   February 3, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Findings and Recommendations That The Court Grant Plaintiff's Motion For Default Judgment and Final Judgment of Forfeiture

3